EX PARTE.

Cause No. 20220D03196

FILED
OCT 30 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: DEPUTY CLERK

THE STATE OF TEXAS
V
WILLIE LEE STRONG
Pro/se. PETITIONER

IN THE ~~DISTRICT COURT~~
409th JUDICIAL DISTRICT.
EL PASO COUNTY, TEXAS.

SA23CA1395 OG

PETITION FOR WRIT OF HABEAS CORPUS.

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, WILLIE LEE STRONG, PETITIONER IN THE ABOVE STYLED and Numbered cause and files this Petition for Release Because of Delay and in support of said petition would show the court the following

I

APPLICANT is illegally restrained and confined at the EL PASO County, ANNEX Jail; of EL PASO TEXAS, By the respondent Richard Wiles, Sheriff of EL Paso County, TEXAS.

II

APPLICANT is charged with the offense of ASSAULT/INT/RECK BREATH/CIRC FAM MEM PREV IAT. by State of Texas indictment Number 20220D03196 Pending in the District Court of EL Paso County, texas a copy of which is attached hereto as Exibit A and made a part hereto for all purposes. APPLICANT was arrested on AUGUST 14th, 2022.

III

APPLICANT was committed to custody for failure to enter into bail

1 of 1

on said charge in the amount of 32,000, set by order of Court Dated 08-21-2023 a copy of which is attached hereto as Exibit B and made a part hereof for all purposes.

## IV

THE bail required of APPLICANT by such order is Excessive. APPLICANT has attempted, both individually and through family and friends to post bail in said amount but has been unsuccessful in raising the money nessessary to post a cash bond or pay the professional bondsman premium required for surety bond in said amount.

## V

No previous application has been made for the issuance of a writ of habeas corpus seeking relief requested herein.

WHEREFORE, APPLICANT Respectfully request that the court issue the writ of Habeas Corpus and conduct a hearing thereon and that applicant be ordered discharge from illegal custody and restraint or alternatively, that bail be reduced to 0

Respectfully submitted this 25th day of October, 2023

*Willie Lee Strong*
Pro/se PETITIONER

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED Authority, ON This day PERSONally APPEARED WILLIE LEE STRONG who after being

2 of 2.

duly sworn stated:

*Willie Lee Strong*
Pro/se PETITIONER.

UNSWORN DECLARATION BY INMATE

I, WILLIE LEE STRONG SID 9689605 Being Presently incarcerated in the EL Paso County ANNEX Jail, EL Paso Texas declare under penalty of perjury that the foregoing instrument is true and correct.

Signed on this the 25th day of October, 2023.

*Willie Lee Strong*
Pro/se PETITIONER.

Copies Sent to
District Court
4th Court of APPEALS.
FEDERAL Court.

3 of 3